# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50008 | **DATE** | 8/15/2006 |
| **CASE TITLE** | Garcia vs. Barnhart | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiff's Motion for Summary Judgment is denied and Defendant's Motion for Summary Judgment is granted.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

**FILED**

AUG 1 5 2006

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

| | Courtroom Deputy Initials: | AM |
|---|---|---|